# STOLL, GLICKMAN & BELLINA LLP ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08
```

Honorable Judge Denny Chin
United States District Judge, SDNY
500 Pearl Street
New York, New York 10007
By Fax: 212-805-7906

June 23, 2008

Re: <u>Michael Wimpell v. City of New York et al</u>.

Your Honor-

Plaintiff writes to request leave to file his First amended complaint. Defendants' counsel consents to this request. By way of background, this is a § 1983 case in which plaintiff alleges false arrest.

On May 7, 2008, we deposed Police Officer Groves. At the deposition we found out that he was the arresting officer and we obtained more information about how plaintiff came to be arrested. We have held off making this application because defendants' counsel has promised documentation that would inform settlement negotiations. We are now at the end of discovery and defendants have not set forth such documentation and have made no demand. We therefore now must ask for leave to amend the complaint to add Police Officer Brian Groves as a defendant.

We thank the court for its consideration.

Sincerely,

Leo Glickman

CC: ACC Brian Maxey
Office of Corporation Counsel
100 Church St
New York NY 10007
By Fax: 212-788-9776

*Leave is hereby granted.*

*SO ORDERED*

*[signature]*
*DC*
*6/24/08*