```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

MICHAEL WIMPELL,                          :

             Plaintiffs,    :      **ORDER**

      - against -                      :      07 Civ. 5698 (DC)

THE CITY OF NEW YORK, et al.,             :

             Defendants.    :

- - - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

      It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

      SO ORDERED.

Dated:    New York, New York
          July 10, 2008

                                     DENNY CHIN
                                 United States District Judge