UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

MICHAEL WIMPELL,

                                  Plaintiffs,

-against-

THE CITY OF NEW YORK, POLICE COMISSIONER
RAYMOND W. KELLY, CAPTAIN COREY PEGUES,
POLICE OFFICER JOHN DOE #1-3,

                                  Defendants.

----------------------------------------------------------------x

STIPULATION AND
ORDER OF
SETTLEMENT AND
DISCONTINUANCE

07 CV 5698 (DC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

**WHEREAS**, plaintiff commenced this action by filing a complaint on or about June 14, 2007, alleging that defendants violated his federal civil and state common law rights; and

**WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff the total sum of TWENTY THOUSAND ($20,000.00) Dollars in full satisfaction of all claims, including claims for costs, expenses, and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against defendants City of New York, Police Commissioner Raymond W. Kelly, Captain Corey Pegues, and Police Officer Brian Groves, and

to release all defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in the complaint in this action, including all claims for attorneys' fees, expenses, and costs.

        3.      Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a general release based on the terms of paragraph "2" above and an Affidavit of No Liens.

        4.      Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

        5.      Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       July 21, 2008

LEO GLICKMAN, ESQ.                           MICHAEL A. CARDOZO
71 Nevins Street                             Corporation Counsel of the
Brooklyn, NY 11217                           City of New York
                                             Attorney for Defendants
                                             100 Church Street
                                             New York, N.Y. 10007
                                             (212) 788-0987

By: _____                  By: _____
    Leo Glickman, Esq.                           Brian G. Maxey
    Attorney for Plaintiff                       Assistant Corporation Counsel


SO ORDERED:

_____
HON. DENNY CHIN
UNITED STATES DISTRICT JUDGE

8/13/08